UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-22254-CIV-GAYLES

CARMEN RINCON and CARLOS RINCON,
as Personal Representatives of the Estate of
Ethan Rincon, deceased

     Plaintiff,

v.

MIAMI-DADE COUNTY, SERGEANT
VICTOR EVANS, OFFICER JOHN DALTON,
OFFICER BRIAN ZAMORSKI and OFFICER
MARLENE TABORDA,

     Defendants.
_____/

**PLAINTIFFS' NOTICE OF FILING ANALYSIS OF DISTRICT COURT CASES POTENTIALLY RELIED UPON BY DEFENDANT MIAMI-DADE COURT IN SUPPORT OF ITS MOTION TO STAY**

Defendant, Miami-Dade County ("MDC") has cited/or may cite to some district court cases in support of its motion to stay, No doubt, there are many similar type orders in this district. In any event, the Plaintiffs address only those known to them which the Defendant, MDC has indicated it will rely upon. An analysis of those cases are as follows:

- Urrea v. Miami-Dade County (1-12-cv-22101-WMH)(this was an unopposed motion)

- Gregory v. Miami-Dade County (1-13-cv-21350-DLG)(this was an unopposed motion)

1

- Acosta v. Miami-Dade County (16-23241-cv-UNGARO) (this was a joint motion)

- Kimberly Rogers v. Miami-Dade County (1-12- cv-23506-DLG) (contested motion)

Urrea, Gregory, and Acosta are not instructional, as indicated, because they were unopposed or joint motions. Rogers, however, was an *opposed* motion; but Rogers did *not* make the arguments the Plaintiffs advance in their response. Specifically, Rogers did not offer a reasonable proposed alternative plan that would adequately address (only) the legitimate concerns of the Defendant, which the Plaintiffs did in their response. Rather, Rogers argued "all or nothing" and got "nothing" because of that. Rincon does quite differently.

Respectfully submitted,

s/ Richard Diaz

_____
RICHARD J. DIAZ, PA
3127 Ponce de Leon Blvd,
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
Email: rick@rjdpa.com
F.B.N. 0767697

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via CM/ECF this 22nd day of August, 2016 and served upon all parties of record electronically.

s/ Richard Diaz

_____
Richard J. Diaz, Esq.