**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 16-22254-CIV-GAYLES**

CARMEN RINCON and CARLOS RINCON,
as Personal Representatives of the Estate of
Ethan Rincon, deceased

    Plaintiff,

v.

MIAMI-DADE COUNTY, SERGEANT
VICTOR EVANS, OFFICER JOHN DALTON,
OFFICER BRIAN ZAMORSKI and OFFICER
MARLENE TABORDA,

    Defendants.
_____/

### PLAINTIFFS' MOTION TO CONTINUE HEARING ON DEFENDANT MIAMI DADE COUNTY'S MOTION TO STAY PROCEEDINGS AND ADMINISTRATIVELY CLOSE CASE PENDING RESOLUTION OF RELATED STATE CRIMINAL AND ADMINISTRATIVE INVESTIGATIONS [D.E. 14]

For this Motion, the Plaintiffs, by and through their counsel, state:

1. This matter is set for telephonic hearing for August 26, 2016 at 11:00 am on Defendant Miami-Dade County's Motion to Stay Proceedings.

2. On August 23, 2016, undersigned counsel's wife purchased airline tickets for them to travel to Boston on August 26, 2016 to drop of their daughter at Boston College.

3. Immediately upon learning of this travel date, undersigned contacted his co-counsel to see if they would be able to cover this hearing, but has learned that they too are unavailable.

4. Undersigned attempted to obtain coverage counsel but has not been able to confirm same.

5. Accordingly, it is respectfully requested that the telephonic hearing be reset for anytime next week or at the Court's preference, or anytime tomorrow between 2:30 pm to 5:00 pm subject to the Court's availability and that of opposing counsel.

6. This motion is made in good faith and not for delay purposes.

7. Undersigned counsel contacted counsel for Defendant MDC to obtain their positon, but has not been able to confirm same as of this filing.

    WHEREFORE, Plaintiffs prays this Court grant the relief requested herein.

Respectfully submitted,

s/ Richard Diaz

_____
RICHARD J. DIAZ, PA
3127 Ponce de Leon Blvd,
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
Email: rick@rjdpa.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via CM/ECF this 25th day of August, 2016 and served upon all parties of record electronically.

s/ Richard Diaz

_____
Richard J. Diaz, Esq.