UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-22254-CIV-GAYLES

CARMEN RINCON and CARLOS RINCON,
as Personal Representatives of the Estate of
ETHAN RINCON, deceased,

      Plaintiffs,
v.

MIAMI-DADE COUNTY, *et al.*,

      Defendants.
_____/

**MIAMI-DADE COUNTY'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE OF COURT
TO INITIATE DISCOVERY**

      Pursuant to Federal Rule of Civil Procedure 6 and Rule 7.1 of the Local Rules for the Southern District of Florida, Defendant Miami-Dade County moves for a one-week extension of time to respond to Plaintiffs' Motion for Leave of Court to Initiate Discovery [ECF No. 51] and in support states as follows:

      1. On December 6, 2018, the Court lifted the stay of this action, giving Plaintiffs 30 days to amend their complaint and serve the remaining Defendants. The Court also ordered the parties to confer and submit a joint proposed scheduling order within 10 days of all Defendants being served. *See* Order [ECF No. 50].

      2. One week later, on December 14, 2018, Plaintiffs filed a "Motion for Leave of Court to Initiate Discovery" [ECF No. 51], in which Plaintiffs "ask the Court to allow discovery to initiate now" (*id.* ¶ 11), despite the fact that no amended complaint has yet been filed and, to the best of the undersigned's knowledge, the remaining Defendants have yet to be served.

3. Because Plaintiffs' Motion was filed on December 14, Defendant Miami-Dade County's response is due tomorrow, December 28, 2018.

4. Given the holiday season and corresponding office closures, undersigned counsel respectfully requests a brief extension of time – one week – to comprehensively respond to Plaintiffs' Motion.

5. This Motion is made in good faith and not interposed for purposes of delay. The requested extension of time, for an additional week to respond in light of the holiday season, will not prejudice the parties nor unduly delay the proceedings in this matter.

6. In accordance with Local Rule 7.1(a)(2), a proposed order accompanies this Motion

WHEREFORE, Defendant Miami-Dade County respectfully requests a one-week extension of time, to January 4, 2019, to file a response to Plaintiffs' Motion [ECF No. 51].

## CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned has conferred with counsel for Plaintiffs, who does not oppose the relief requested.

Dated: December 27, 2018                              Respectfully submitted,

ABIGAIL PRICE-WILLIAMS
Miami-Dade County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida  33128

By: *s/ Anita Viciana*
    Anita Viciana
    Assistant County Attorney
    Florida Bar No. 115838
    e-mail: anita@miamidade.gov
    Phone: (305) 375-4948
    Fax:  (305) 375-5634
    *Counsel for Miami-Dade County*

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via CM/ECF.

*s/ Anita Viciana*
Assistant County Attorney
