UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-22254-CIV-GAYLES/MCALILEY

CARMEN RINCON and CARLOS RINCON,
as Personal Representatives of the Estate of
ETHAN RINCON, deceased,

    Plaintiffs,

v.

MIAMI-DADE COUNTY, *et al.*,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND FOR LEAVE TO EXCEED PAGE LIMITS

Pending before the Court is Defendants' Unopposed Motion for Extension of Time to file Reply in support of Motion to Dismiss and for Leave to Exceed Page Limits, (ECF No. 105). Being fully advised, it is

**ORDERED AND ADJUDGED** that Defendants' Motion, (ECF No. 105), is **GRANTED**. Defendants shall file a reply in support of their Motion to Dismiss on or before **August 7, 2019**, and their reply may include up to 20 pages.

**DONE AND ORDERED** in Chambers at Miami-Dade County, Florida on this 30th day of July, 2019.

_____
CHRIS M. McALILEY
UNITED STATES MAGISTRATE JUDGE